# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **TIMOTHY EVANS** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | **CAUSE NO. 1:10CV102 LG-RHW** |
| | § | |
| **TIFFANY SMITH, ET AL.** | § | **DEFENDANTS** |

## FINAL JUDGMENT

In accordance with the Order of Dismissal entered herewith;

**IT IS ORDERED AND ADJUDGED** that the Plaintiff's claims are **DISMISSED WITH PREJUDICE** pursuant to FED. R. CIV. P. 41(b).

**SO ORDERED AND ADJUDGED** this the 14th day of March, 2011.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE